IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MARTHA VALDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | EP–06-CA-235-FM |
| TENET HOSPITALS LIMITED dba | § | |
| PROVIDENCE MEMORIAL | § | |
| HOSPITAL, TENET TEXAS | § | |
| EMPLOYMENT, INC. dba | § | |
| PROVIDENCE MEMORIAL | § | |
| HOSPITAL LEASING COMPANY, | § | |
| and TENET EMPLOYMENT, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO CONFIRM ARBITRATION AWARD AND DISMISSING CASE WITH PREJUDICE

Before the Court is Defendants' "Unopposed Motion to Confirm Arbitration Award" ("Motion") [Rec. No. 10], filed in this cause on December 21, 2007. Therein, Defendants inform the Court that the parties arbitrated the matters at issue in this lawsuit before Arbitrator Ruben D. Campos, who entered an award on November 6, 2007, denying all relief requested by Plaintiff. Defendants additionally assert that the Arbitrator's award resolved all issues submitted to arbitration, such that the parties' rights and obligation do not require further adjudication. Pursuant to the Federal Arbitration Act 9 U.S.C. § 9, Defendants ask the Court to confirm the Arbitrator's award, enter judgment in Defendants' favor, and dismiss this action with prejudice.

After due consideration, the Court enters the following Orders:

1.      The Court hereby **GRANTS** Defendants' Motion.

2.   The Court accordingly **ADOPTS** the award entered by Arbitrator Ruben D.

Campos on November 6, 2007, concerning the matters at issue in this lawsuit and

**DISMISSES** this action **WITH PREJUDICE**.

3.   All pending motions in this cause, if any, are **DENIED AS MOOT**.

**SO ORDERED.**

SIGNED this _7_ day of ___January___ , 200_8_

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**